[No. 14727.    In Bank.— December 8, 1891.]

N. A. DORN, RESPONDENT, v. J. C. BAKER ET AL., APPELLANTS.

APPEAL — DISMISSAL — FAILURE TO FILE TRANSCRIPT — REPEATED MOTION.— When, after the submission of a motion to dismiss an appeal for failure to file the transcript in time, another motion is made to dismiss the same appeal upon the same ground, and the latter motion is denied upon oral argument, the first motion will also be denied.

MOTION to dismiss an appeal from the Superior Court of San Luis Obispo County. The facts are stated in the opinion of the court.

Graves & Graves, and Venable & Goodchild, for Appellants.

F. A. Dorn, for Respondent.

The COURT. — Motion to dismiss appeal upon the ground that the transcript was not filed in time.

The motion was submitted October 23, 1891, upon the certificate of the clerk of the court below, and affidavits made by attorneys of the respective parties.

Subsequently, another motion was made to dismiss the same appeal upon the same ground. The last motion was orally argued before the court, and denied.

This motion must therefore be denied, and it is so ordered.